**No. 39728.**—Protest 952437–G(B) of Irwin-Harrisons-Whitney, Inc. (New York).

Opinion by Evans, J.   There was nothing in the record to warrant disturbing the collector's action.   The protest was therefore overruled.

Before the Second Division, October 31, 1938

**No. 39729.**—Protests 688438–G, etc., of Apolda Knitting Mills et al. (New York).

Opinion by Tilson, J.   Outerwear similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

**No. 39730.**—Protest 740587–G of Driscoll & Co. (Boston).

Opinion by Tilson, J.   Outerwear similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

**No. 39731.**—Protests 740588–G, etc., of Dolliff & McGrath (Boston).

Opinion by Tilson, J.   Outerwear similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) was held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

**No. 39732.**—Protests 669489–G, etc., of Saks & Co., Inc., (New York).

Opinion by Tilson, J.   It was found from the record that the merchandise consists of wool knit wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416).   The claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 39733.**—Protests 711407–G, etc., of Bullocks et al. (Los Angeles, etc.).

Opinion by Tilson, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 39734.**—Protests 949089–G, etc., of Wm. Adams, Inc., et al. (New York).

Opinion by Dallinger, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.